UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
J&J SPORTS PRODUCTIONS, INC.,

                    Plaintiff,

- against -

291 BAR & LOUNGE, LLC, d/b/a AREA 51, and
DENNIS CABA, Individually and as an officer,
director, and/or shareholder of 291 Bar & Lounge,
LLC,

                    Defendants.
-----------------------------------------------------------X

**ORDER**

**08 CV 1824 (RJD) (VVP)**

DEARIE, Chief Judge.

This Court has reviewed the Report & Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated July 21, 2009. No objections have been filed. The Court adopts the Report & Recommendation in its entirety.

Statutory damages in the amount of $3,000.00, as well as fees and costs in the amount of $1,332.50, are hereby awarded to plaintiff and against defendant 291 Bar.[1] No damages are awarded against defendant Dennis Caba.

SO ORDERED.

Dated: Brooklyn, New York
       August 19, 2009

s/ Judge Raymond J. Dearie

RAYMOND J. DEARIE
United States District Judge

---

[1] The Court notes one minor typographical error located at page 10 of the Report & Recommendation for clarification. Statutory damages, fees and costs should be awarded against "defendant 291 Bar," rather than against "defendant J&J."